UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:23-CR-04-CHB-1 |
| ) | |
| v. ) | |
| ) | **ORDER ADOPTING** |
| WILLIAM PATTERSON, ) | **RECOMMENDATION OF** |
| a.k.a. "Chill Will," ) | **ACCEPTANCE OF GUILTY PLEA** |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

After conducting proceedings under Rule 11, *see* [R. 63], United States Magistrate Judge Hanly A. Ingram recommended that the undersigned accept Defendant William Patterson's guilty plea and adjudge him guilty of Count One of the Indictment. *Id.* Magistrate Judge Ingram informed Defendant of each of the subjects mentioned in Rule 11 and determined that the conditional guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. *Id.* at 1–2. Magistrate Judge Ingram therefore recommended that the plea of guilty be accepted by the undersigned. *Id.* at 2. Magistrate Judge Ingram imposed a three-day deadline for any objection. *Id.* at 3 That deadline has passed, and neither Defendant nor the United States has objected.

The Court is not required to "review … a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn,* 474 U.S. 140, 150 (1985); *see also United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981) (holding that a failure to file objections to a magistrate judge's recommendation waives the right to appellate review); Fed. R. Crim. P. 59(b)(2)-(3) (limiting *de novo* review duty to "any objection" filed); 28 U.S.C. §

1

636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to which objection is made").

Accordingly, and the Court being otherwise advised,

**IT IS HEREBY ORDERED** as follows:

1. The Court **ADOPTS** the Recommendation of Acceptance of Guilty Plea, [**R. 63**], **ACCEPTS** Defendant William Patterson's guilty plea, and **ADJUDGES** him guilty of Count One of the Indictment to which he pleaded. The Court will issue a separate sentencing order.

This the 30th day of August, 2023.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Counsel of Record
   United States Probation